173 A.3d 184

EQR-LPC URBAN RENEWAL NORTH PIER, LLC AND EQR-LIN-
COLN URBAN RENEWAL JERSEY CITY, LLC, PLAINTIFFS-
APPELLANTS, v. CITY OF JERSEY CITY, DEFENDANT-RE-
SPONDENT.

A-16 Sept.Term 2016
078268

Argued October 11, 2017—Decided November 15, 2017

Craig M. White (Baker & Hostetler of the Illinois bar, admitted
pro hac vice, argued the cause for appellant (Baker & Hostetler
and K & L Gates, attorneys; Craig M. White, Anthony P. La
Rocco and Benjamin I. Rubinstein, on the brief).

Jeremy A. Farrell and Philip S. Adelman argued the cause for
respondent (Jeremy A. Farrell, Corporation Counsel, City of New
Jersey, attorney; Mary Ann Murphy, Assistant Corporation coun-
sel, on the brief).

PER CURIAM

The judgment of the Superior Court, Appellate Division is
affirmed, substantially for the reasons expressed in the PER
CURIAM opinion, reported at 452 N.J. Super. 309, 173 A.3d 243
(App. Div. 2016).

CHIEF JUSTICE RABNER and JUSTICES LaVECCHIA,
ALBIN, PATTERSON, FERNANDEZ-VINA, and SOLOMON
join in this opinion. JUSTICE TIMPONE did not participate.